United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph T. Mayer  
    Debtor

Case No. 10-22856-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 05, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.  
db         Joseph T. Mayer,    3913 Hollo Road,    Easton, PA   18045-8306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:

       ADAM L KAYES    on behalf of Creditor    PNC Bank, N.A. cblack@udren.com  
       ANN E. SWARTZ    on behalf of Creditor    Fannie Mae ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       CHANDRA M. ARKEMA    on behalf of Creditor    PNC Bank, N.A. carkema@squirelaw.com  
       CRAIG H. FOX    on behalf of Creditor    American General Financial Services, Inc. bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com  
       DOMINIC A. DECECCO    on behalf of Creditor    Premier Capital LLC ddececco@HartmanShurr.com, jcoombs@HartmanShurr.com;dgabala@HartmanShurr.com;cshurr@HartmanShurr.com;jkrallis@hartmanshurr.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       HAROLD N. KAPLAN    on behalf of Creditor    PNC Bank, N.A. hkaplan@rasnj.com  
       JEROME B. BLANK    on behalf of Creditor    PNC Bank, N.A. paeb@fedphe.com  
       JOHN R.K. SOLT    on behalf of Creditor Anthony G. Stellar jsolt.soltlaw@rcn.com, rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com  
       JOSEPH RICHARD BARANKO, JR    on behalf of Creditor    Carbon County Tax Claim Bureau josephb@slusserlawfirm.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Fannie Mae bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       LEE SCHOTTENFELD    on behalf of Creditor    PNC Bank, N.A. cblack@udren.com  
       LESLIE E. PUIDA    on behalf of Creditor    Fannie Mae lpuidaesq@gmail.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       LORRAINE GAZZARA DOYLE    on behalf of Creditor    PNC Bank, N.A. ldoyle@pincuslaw.com, Diane@mvrlaw.com  
       SHAWN J. LAU    on behalf of Debtor Joseph T. Mayer shawn_lau@msn.com, g61705@notify.cincompass.com  
       SHERRI J. SMITH    on behalf of Creditor    PNC Bank, N.A. sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                       TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Joseph T. Mayer,<br><br>Debtors. | Bankruptcy No. 10-22856<br><br>Chapter 13<br><br>Doc. No. 24-1 |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 24-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 24-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as Claim 24-1 on the Claims Register forthwith and replace the incorrectly redacted documents with the remediated documents provided.

Dated: February 4, 2020

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE